**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

February 16, 2022

**BY CM/ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *United States v. Robert Miller*, 15 Cr. 5 (NSR) -10

Dear Judge Román:

The Government respectfully writes, with the consent of the defendant and the Probation Office, to request a 60-day adjournment of the next status conference in the above-titled violation of supervised release ("VOSR") proceedings, currently scheduled for February 17, 2022.

As background, the Court held an initial appearance on the defendant's VOSR on December 15, 2021. (*See* Minute Entry, Dec. 15, 2021.) As part of the defendant's release conditions, the defendant agreed to surrender to an inpatient substance abuse treatment facility at the direction of the Probation Office. As of today, the defendant is still at inpatient treatment. His discharge date has yet to be determined. Given the defendant's ongoing inpatient substance abuse treatment and compliance with his other release conditions, the Government and the Probation Office respectfully submit that an adjournment of approximately 60 days is appropriate under the circumstances. Defense counsel consents to the adjournment request.

Accordingly, the Government respectfully requests that the Court adjourn the VOSR status conference in this matter for an in-person proceeding in approximately 60 days, or as convenient for the Court's schedule.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Nicholas S. Bradley
Assistant United States Attorney
(212) 637-1581

---

The Govt's request to adjourn the in-person VOSR Interim Conf. from Feb. 17, 2022 until Apr. 28, 2022 at 10:00 am is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion (doc. 449).
Dated: Feb. 16, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/16/2022

CC:   Michael Burke, Esq. (Counsel for Defendant)
      Joseph Perry (United States Probation Office)
      Kevin Mulcahy (United States Probation Office)

Case 7:15-cr-00005-NSR   Document 450   Filed 02/16/22   Page 2 of 2

Page 2